FILED

DEC - 1 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. MO-10-CR-336 |
| | ) |
| | ) **I N F O R M A T I O N** |
| Plaintiff, | ) |
| | ) [Vio: 18 U.S.C. § 1030(a)(5)(A)-- |
| V. | ) Computer Fraud] |
| | ) |
| ISMAEL ALVAREZ, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### [18 U.S.C. § 1030(a)(5)(A)]

On or about September 1, 2010, in the Western District of Texas, the Defendant,

**ISMAEL ALVAREZ,**

intentionally caused damage to the computer system of Gray Wireline Service, Inc. ("Gray Wireline"), without authorization, by logging on to the company's FTP server in Fort Worth using his computer in Andrews and thereafter knowingly issuing commands that deleted more than 60 files belonging to Gray Wireline, many of them proprietary well analyses.

1. The amount of damage to Gray Wireline's computer system exceeded $5000.

2. Gray Wireline's computer system was a "protected computer" as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B) in that it was used in, and affected, interstate and foreign commerce and communication.

All in violation of Title 18, United States Code, Section 1030(a)(5)(A).

                Respectfully Submitted,

                JOHN E. MURPHY
                UNITED STATES ATTORNEY

By:        _____
                JOHN S. KLASSEN
                Assistant United States Attorney
                State Bar No. 11553500
                400 West Illinois, Suite 1200
                Midland, Texas 79701
                (432) 686-4110
                (432) 686-4131 (FAX)

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: | | UNSEALED: XX |
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA | JUDGE: Junell |
| DATE: | MAG CT #: N/A | FBI #: |
| CASE NO: MO-10-CR- | ASSISTANT U.S. ATTORNEY: JOHN S. KLASSEN | |
| DEFENDANT: ISMAEL ALVAREZ | | DOB: XXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USC    INTERPRETER NEEDED No  LANGUAGE: | | |

DEFENSE ATTORNEY:
Mr. Luis Chavez
121 E. 4th Street
Odessa, Texas 79761                                                                 EMPLOYED

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested - Will self-surrender | BENCH WARRANT: XXXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Information

OFFENSE (Code and Description): 18 USC 1030(a)(5)(A) - Computer Fraud.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: A term of imprisonment not to exceed 10 years; a term of supervised release not to exceed 3 years; a fine not to exceed $250,000; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Jay Mortenson, S/A
Federal Bureau of Investigation
Federal Justice Center Suite 3000
660 South Mesa Hills Drive
El Paso, Texas 79912

WDT-Cr-3